0:13-bk-25866

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

In Re:                                        )
    DIANE M. BUCKINGHAM.         )   Bankruptcy No. 13-25866
    RONALD W. BUCKINGHAM         )   Chapter 13
               Debtor        )
_____)

## OPPOSITION TO OBJECTION TO CLAIM OF EXEMPTION

Diane M. Buckingham and Ronald W. Buckingham, Debtors, by and through Cynthia Fenimore and the Legal Aid Bureau, Inc., their attorneys, in opposition to the Objection to Claim of Exemptions filed by Eastern Savings Bank, F.S.B., hereby state:

1. Certain of the Debtors' Schedules, including Schedule C, will be amended to conform to the appropriate exemptions allowed by Maryland law.

2. The Objector's assertion that Maryland Code Annotated, CJP § 11-504(b)(5) requires a debtor to claim an exemption with respect to a recorded judgment within thirty days after the judgment is entered is without merit. While a judgment operates as a lien on real property located within the county when it is indexed, such an action does not constitute an attachment, levy or taking of the property as is contemplated by the statute.

3. Notwithstanding the provisions of Maryland Code Annotated, CJP § 11-504(f)(3), the Debtors are entitled to claim the owner-occupied residential real property exemption individually; denying either Debtor this exemption

constitutes discrimination on the basis of marital status and a denial of the equal protection of the law guaranteed by the Fourteenth Amendment of the United States Constitution.

WHEREFORE, Debtors pray that the Objection to Claim of Exemption be denied.

/s/_____
Cynthia Fenimore
Attorney for the Debtors

Legal Aid Bureau, Inc.
Western Maryland Office
110 Greene Street
Cumberland, MD. 21502
(301) 777-7474
(301) 777-1563
Maryland Federal Bar No. 01191

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Opposition to Objection to Claim of Exemption was mailed on this 27th day of November 2013 to Robert S. Perry, Esq., Counsel for the Objector, Law Office of Robert S. Perry, P.C., 4085 Chain Bridge Road #300, Fairfax, VA. 22030; and Timothy P. Branigan, Chapter 13 Trustee, at P.O. Box 1902, Laurel, MD. 20725-1902.

/s/_____
CYNTHIA FENIMORE