

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at GREENBELT

| In Re: | |
|---|---|
| Diane M. Buckingham and Ronald W. Buckingham | Case No.   13-25866-TJC |
| Debtors | Chapter   13 |

### ORDER SUSTANING OBJECTION TO EXEMPTIONS IN PART AND OVERRULING IN PART

Before the court is the objection by Eastern Savings Bank, F.S.B. to the debtors' claim of exemptions, and the opposition by the debtors Diane M. Buckingham and Ronald W. Buckingham. Docket Nos. 27 and 30. The specific issues raised are whether the debtors (1) lost the right to claim an objection under Md. Cts. & Jud. Proc. §11-504(b)(5) because they allegedly failed to properly file the motion electing the exemption within 30 days after levy, as required by MD Rule 2-643(d); and (2) can each claim the $22,975 exemption provided in 11 U.S.C §522(d) pursuant to Md. Cts. & Jud. Proc. §11-504(f)(1)(i)(2).[1] The Court held a hearing on the objection and opposition on January 23, 2014, and issued a ruling from the bench. Accordingly,

---

[1] A third issue was raised in the filings: Whether the debtors could claim an exemption in real estate under Md. Cts. & Jud. Proc. §11-504(f)(1)(i)(1). At the hearing, the debtors conceded this issue and stated they will amend Schedule C to reflect the withdrawal of this claim of exemption.

for the reasons set forth on the record at the hearing, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

ORDERED, that the court overrules the bank's objection to the debtors' claimed exemption under Md. Cts. & Jud. Proc. §11-504(b)(5); and it is further

ORDERED, that the debtors are limited to one claim of an exemption of $22,975 under Md. Cts. & Jud. Proc. §11-504(f)(1)(i)(2), and therefore the court sustains the bank's objection to the debtors' claim that they are each entitled to claim an exemption of $22,975; and it is further

ORDERED, that, consistent with the statements made at the January 23, 2014 hearing, the debtors shall file an amended Schedule C within fourteen days of the entry of this order.

cc:   Debtors Diane M. Buckingham and Ronald W. Buckingham.
      Debtors' counsel - Cynthia Fenimore
      Objecting Party, Eastern Savings Bank, F.S.B.
      Counsel for Eastern Savings Bank, F.S.B. - Robert S. Perry,
      Trustee
      United States Trustee

**END OF ORDER**